872

No. 399, Misc. REAVIS v. CONGRESS OF THE UNITED STATES. The motions for leave to file petitions for writs of mandamus are severally denied.

No. 339, Misc. EX PARTE KASPER. Application denied.

No. 577. UNITED STATES v. URBETEIT. C. C. A. 5th. Certiorari granted. *Solicitor General Perlman* for the United States. *H. O. Pemberton* for respondent.

No. 645. KORDEL v. UNITED STATES. C. C. A. 7th. Certiorari granted. *Arthur D. Herrick* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 649. LITTLEJOHN, WAR ASSETS ADMINISTRATOR AND SURPLUS PROPERTY ADMINISTRATOR, v. DOMESTIC AND FOREIGN COMMERCE CORP. United States Court of Appeals for the District of Columbia. Larson substituted for Littlejohn as the party petitioner. Certiorari granted. *Solicitor General Perlman* for petitioner. *Seth W. Richardson* for respondent.

No. 678. McDONALD ET AL. v. UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari granted. *John Lewis Smith, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for the United States.